# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ROBERT W SEIBERT                            Case No.: 09-09974
         DEBRA L SEIBERT

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2009.

2) This case was confirmed on 06/10/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/07/2012.

5) The case was converted on 11/27/2012.

6) Number of months from filing to the last payment: 40

7) Number of months case was pending: 45

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 38,402.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 28,097.00 |
| Less amount refunded to debtor | $ 20.83 |
| **NET RECEIPTS** | $ 28,076.17 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,182.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,580.19 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,762.19 |
| Attorney fees paid and disclosed by debtor | $ 1,318.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | NA | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 156.00 | 234.68 | 234.68 | .00 | .00 |
| CITIZENS AUTO FINANC | SECURED | 7,650.00 | 12,745.61 | 9,675.00 | 9,675.00 | 880.40 |
| WELLS FARGO BANK NA | SECURED | 236,000.00 | 232,705.62 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | NA | 3,194.56 | 3,494.56 | 3,494.56 | .00 |
| BANK OF AMERICA | SECURED | 27,000.00 | 26,711.70 | .00 | .00 | .00 |
| BANK OF AMERICA | SECURED | NA | 1,006.23 | 1,206.23 | 1,206.23 | .00 |
| VILLAGE OF BENSENVIL | UNSECURED | 225.00 | 475.00 | 475.00 | 15.97 | .00 |
| BANK OF AMERICA NA | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| CITIZENS AUTO FINANC | UNSECURED | 5,365.00 | .00 | 3,070.61 | 166.24 | .00 |
| ANHEUSER BUSCH EMPLO | UNSECURED | 15,336.00 | 16,445.05 | 16,445.05 | 890.36 | .00 |
| EAST BAY FUNDING | UNSECURED | 887.00 | 1,209.86 | 1,209.86 | 52.42 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,129.00 | 3,497.08 | 3,497.08 | 176.83 | .00 |
| SIGMA HEALTH | UNSECURED | 2,833.00 | NA | NA | .00 | .00 |
| TUPELO EMERGENCY GRO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 830.00 | 908.21 | 908.21 | 34.95 | .00 |
| EAST BAY FUNDING | UNSECURED | 14,481.00 | 14,353.97 | 14,353.97 | 777.14 | .00 |
| EAST BAY FUNDING | UNSECURED | 28,896.00 | 29,257.16 | 29,257.16 | 1,584.04 | .00 |
| LVNV FUNDING | UNSECURED | 14,762.00 | 14,426.35 | 14,426.35 | 781.07 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 39,050.00 | 40,426.27 | 40,426.27 | 2,188.75 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 523.00 | 621.75 | 621.75 | 31.44 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VW CREDIT | SECURED | NA | 23,877.80 | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,806.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 16,422.00 | 19,323.24 | 19,323.24 | 1,046.18 | .00 |
| CITIZENS AUTO FINANC | UNSECURED | 3,071.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | UNSECURED | 14,058.00 | 14,049.47 | 14,049.47 | 760.66 | .00 |
| GAMETE RESOURCES INC | UNSECURED | 2,850.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 403.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,437.00 | 1,572.19 | 1,572.19 | 85.14 | .00 |
| CHASE BANK USA | UNSECURED | 1,915.00 | 2,071.89 | 2,071.89 | 104.77 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 429.00 | 608.04 | 608.04 | 32.89 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 2,679.00 | NA | NA | .00 | .00 |
| RADIOLOGY & NUCLEAR | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| PROVIDIAN/WASHINGTON | UNSECURED | 5,651.00 | NA | NA | .00 | .00 |
| VOLKSWAGEN CREDIT SE | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 748.00 | NA | NA | .00 | .00 |
| FASHION BUG | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| SKO BRENNER AMERICAN | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 5,651.00 | 6,075.37 | 6,075.37 | 328.94 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 4,700.79 | 4,700.79 | .00 |
| Debt Secured by Vehicle | 9,675.00 | 9,675.00 | 880.40 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,375.79 | 14,375.79 | 880.40 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 168,626.19 | 9,057.79 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,762.19 |
| Disbursements to Creditors | $ | 24,313.98 |
| **TOTAL DISBURSEMENTS:** | $ | 28,076.17 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/11/2012                                  /s/ Tom Vaughn
                                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**